MINUTE ENTRY
ENGELHARDT, J.
MARCH 30, 2005

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

TIG INSURANCE CO.                          CIVIL ACTION

VERSUS                                     NO. 05-179

EAGLE INC, ET AL                           SECTION "N"

### JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 30, 2005 AT 9:30 AM**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: David Zarek

APPEARANCES: William S. McKenzie, for plaintiff
                 Edward Wicker, for Eagle, Inc.
                 Edward Koehl and Bill Wynne, for Gray Insurance Co.

**MOTION OF DEFENDANT, GRAY INC. TO DISMISS (DOC. #6)**

**Argument - ORDERED GRANTED without prejudice.**

**Reasons orally given.**

> **JS-10: 0:15**

___ Fee_____
___ Process. _____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No_____
